# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WICHADA YANATAVEE | § | Case No. 16-28650-CAD |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 36,325.00                    Assets Exempt: 18,750.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,728.65        Claims Discharged
                                                   Without Payment:  67,401.60

Total Expenses of Administration:  671.35

---

   3) Total gross receipts of $ 2,400.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 2,400.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 21,200.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 672.70 | 672.70 | 671.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,930.25 | 2,629.56 | 2,629.56 | 1,728.65 |
| **TOTAL DISBURSEMENTS** | $ 69,130.25 | $ 3,302.26 | $ 3,302.26 | $ 2,400.00 |

4) This case was originally filed under chapter 7 on 09/07/2016. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/20/2017                    By:/s/RONALD R. PETERSON
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank Of America Checking & Savings | 1129-000 | 2,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,400.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mercedes-Benz Financial | | 4,400.00 | NA | NA | 0.00 |
| | TD Auto Finance, P.O. Box 9001921 Louisville, KY 40290-1921 | | 16,800.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 21,200.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 600.00 | 600.00 | 600.00 |
| Ronald Peterson | 2200-000 | NA | 1.35 | 1.35 | 1.35 |
| RONALD R. PETERSON | 2200-000 | NA | 1.35 | 1.35 | 0.00 |
| Associated Bank | 2600-000 | NA | 70.00 | 70.00 | 70.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 672.70 | $ 672.70 | $ 671.35 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, P.O. Box 982235 El Paso, TX 79998 | | 185.77 | NA | NA | 0.00 |
| | Bank Of America, P.O. Box 982235 El Paso, TX 79998 | | 4,955.00 | NA | NA | 0.00 |
| | Capital One, PO Box 71083 Charlotte, NC 28272 | | 1,466.13 | NA | NA | 0.00 |
| | Chase, PO Box 15153 Wilmington, DE 19886 | | 4,850.00 | NA | NA | 0.00 |
| | Comenity Bank | | 35.00 | NA | NA | 0.00 |
| | Discover Card | | 12,000.00 | NA | NA | 0.00 |
| | Discover Loan | | 21,252.00 | NA | NA | 0.00 |
| | Kohl's, PO Box 3084 Milwaukee, WI 53201-3084 | | 167.00 | NA | NA | 0.00 |
| | Macy's, P.O. Box 183084 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Nordstrom Bank, P.O. Box 79134 Phoenix, AZ 85062-9134 | | 389.79 | NA | NA | 0.00 |
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | 1,753.88 | 1,753.88 | 1,753.88 | 1,319.19 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CAPITAL ONE, N. A. | 7100-000 | 252.81 | 252.81 | 252.81 | 0.00 |
| 3 | Portfolio Recovery Associates, LLC, Successor SYNCHRONY BANK | 7100-000 | 622.87 | 622.87 | 622.87 | 409.46 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 47,930.25 | $ 2,629.56 | $ 2,629.56 | $ 1,728.65 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-28650 | CAD | Judge: | Carol A. Doyle | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | WICHADA YANATAVEE | | | | Date Filed (f) or Converted (c): | 09/07/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/03/2016 |
| For Period Ending: | 09/20/2017 | | | | Claims Bar Date: | 02/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9701 N Dee Rd Apt 3D Niles Il 60714-5877 | 40,000.00 | 80,000.00 | | 0.00 | FA |
| 2. 2009 Mercedes-Benz C-Class | 5,000.00 | 10,000.00 | | 0.00 | FA |
| 3. 2014 Dodge Dart | 7,000.00 | 14,000.00 | | 0.00 | FA |
| 4. 2014 Cadillac Ats Lease Only | 0.00 | 0.00 | | 0.00 | FA |
| 5. Usual Complement Of Household Goods ($375 Debtor's 1/2 Total | 375.00 | 0.00 | | 0.00 | FA |
| 6. Computers ($250 Debtor's 1/2 Share) | 250.00 | 0.00 | | 0.00 | FA |
| 7. Tv Set ($100 Debtor's 1/2 Share) | 100.00 | 0.00 | | 0.00 | FA |
| 8. Usual Complement Of Woman's Clothing | 450.00 | 0.00 | | 0.00 | FA |
| 9. Diamond Ring | 1,200.00 | 0.00 | | 0.00 | FA |
| 10. Safe Deposit Box Savings (Debtor's 1/2 Share) | 250.00 | 0.00 | | 0.00 | FA |
| 11. Bank Of America Checking & Savings | 100.00 | 0.00 | | 2,400.00 | FA |
| 12. Us Bank ($350 Debtor's 1/2 Share) | 350.00 | 0.00 | | 0.00 | FA |
| 13. Chase Bank, Checking ($100 Debtor's 1/2 Share) | 100.00 | 0.00 | | 0.00 | FA |
| 14. 50% Interest Thai Thai Express Llc (No Equity Net Of Debt) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $55,175.00   $104,000.00   $2,400.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 22, 2017: Collected the bank account and will close the estate.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-28650 | Trustee Name: RONALD R. PETERSON |
| Case Name: WICHADA YANATAVEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8877 |
| | Checking |
| Taxpayer ID No: XX-XXX4267 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 09/20/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/03/16 | 11 | Wichada Yanatavee<br>9701 N. Dee Roada Apt. 3D<br>Niles, Il 60714-5877 | Cash in Bank | 1129-000 | $1,000.00 | | $1,000.00 |
| 11/17/16 | 11 | Wichada Yanatavee<br>9701 N Dee Road Apt 3D<br>Niles, Il 60714-5877 | Cash in Bank<br>2nd Installment Payment | 1129-000 | $350.00 | | $1,350.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,340.00 |
| 12/19/16 | 11 | Wichada Yanatavee<br>9701 N. Dee Road Apt. 3d<br>Niles, Il 60714-5877 | Bank Account | 1129-000 | $350.00 | | $1,690.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,680.00 |
| 01/13/17 | 11 | Wichada Yanatavee<br>9701 N. Dee Road Apt. 3d<br>Niles, Il 60714-5877 | Bank Account<br>third and second to last installment | 1129-000 | $350.00 | | $2,030.00 |
| 01/20/17 | 11 | Wichada Yanatavee<br>9701 N. Dee Road Apt. 3d<br>Niles, Il 60714-5877 | Bank Account Reversal<br>Insufficient funds | 1129-000 | ($350.00) | | $1,680.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,670.00 |
| 02/13/17 | 11 | Wichada Yanatavee<br>9701 N. Dee Road Apt. 3d<br>Niles, Il 60714-5877 | Bank Account | 1129-000 | $350.00 | | $2,020.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,010.00 |
| 03/16/17 | 11 | Wichada Yanatavee<br>9701 N. Dee Road Apt. 3d<br>Niles, Il 60714-5877 | Bank Account<br>Final Installment | 1129-000 | $350.00 | | $2,360.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,350.00 |

Page Subtotals:  $2,400.00  $50.00

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 16-28650 | Trustee Name: | RONALD R. PETERSON |
| Case Name: | WICHADA YANATAVEE | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8877 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4267 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 09/20/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,340.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,330.00 |
| 08/18/17 | 1004 | CAPITAL ONE, N. A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final Distribution  Reversal<br>Overstated check by nine cents | 7100-000 | | ($166.29) | $2,496.29 |
| 08/18/17 | 1001 | Ronald R. Peterson<br>c/o Jenner & Block<br>353 North Clark Street<br>Chicago, Il 60654-3456 | Trustee's Commision | 2100-000 | | $600.00 | $1,896.29 |
| 08/18/17 | 1002 | Ronald Peterson<br>c/o Jenner & Block LLP<br>353 North Clark<br>Chicago, Il | Trustee's Expenses | 2200-000 | | $1.35 | $1,894.94 |
| 08/18/17 | 1003 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final Distribution | 7100-000 | | $1,152.99 | $741.95 |
| 08/18/17 | 1004 | CAPITAL ONE, N. A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final Distribution | 7100-000 | | $166.29 | $575.66 |
| 08/18/17 | 1005 | Portfolio Recovery Associates, LLC, Successor SYNCHRONY BANK (BANANA REPUBLIC VISA)<br>POB 41067<br>Norfolk, VA  23541 | Final Distribution | 7100-000 | | $409.46 | $166.20 |
| 08/18/17 | 1006 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final Distribution | 7100-000 | | $166.20 | $0.00 |
| | | | COLUMN TOTALS | | $2,400.00 | $2,400.00 | |
| | | | Less: Bank Transfers/CD's | | $0.00 | $0.00 | |
| | | | Page Subtotals: | | $0.00 | $2,350.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

|  |  |  |
|---|---:|---:|
| Subtotal | $2,400.00 | $2,400.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,400.00 | $2,400.00 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| | TOTAL OF ALL ACCOUNTS | | |
| XXXXXX8877 - Checking | $2,400.00 | $2,400.00 | $0.00 |
| | $2,400.00 | $2,400.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,400.00 |
| Total Gross Receipts: | $2,400.00 |

Page Subtotals:                                                     $0.00            $0.00